No. 808. TREE ET UX. *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Court of

Claims denied. *Mr. Allen H. Gardner* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Mrs. Elizabeth B. Davis* for the United States.